**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

        Plaintiff

    v.

QUALCOMM INC.; QUALCOMM
TECHNOLOGIES, INC.,

        Defendants.

Case No. 7:26-cv-00221

## NOTICE OF APPEARANCE FOR BRETT A. MCKEAN

Brett A. McKean makes his appearance as counsel on behalf of Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. ("Qualcomm"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

Dated: June 25, 2026                    NORTON ROSE FULBRIGHT US LLP


By:  Brett A. McKean
     Brett A. McKean

     Richard S. Zembek (SBN 00797726)
     richard.zembek@nortonrosefulbright.com
     Daniel S. Leventhal (SBN 24050923)
     daniel.leventhal@nortonrosefulbright.com
     **NORTON ROSE FULBRIGHT US LLP**
     1550 Lamar Street, Suite 2000
     Houston, TX 77010
     Telephone: (713) 651-5151
     Fax: (713) 651-5246

     Eric C. Green (SBN 24069824)
     eric.green@nortonrosefulbright.com
     Brett A. McKean (SBN 24057994)
     brett.mckean@nortonrosefulbright.com
     Gabriel Culver (SBN 24116240)
     gabriel.culver@nortonrosefulbright.com
     **NORTON ROSE FULBRIGHT US LLP**
     98 San Jacinto Boulevard, Suite 1100
     Austin, Texas 78701
     Telephone: (512) 474-5201
     Fax: (512) 536-4598

     ***COUNSEL FOR DEFENDANTS***
     ***QUALCOMM INCORPORATED AND***
     ***QUALCOMM TECHNOLOGIES, INC.***


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.


By:  *Brett A. McKean*
     Brett A. McKean