**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

REDSTONE LOGICS LLC,

      Plaintiff,

v.

QUALCOMM INC.; QUALCOMM
TECHNOLOGIES, INC.,

      Defendants.

Case No. 7:26-cv-00221

## DEFENDANTS' UNOPPOSED MOTION TO STAY

Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. (collectively "Qualcomm") respectfully request that the Court stay this case and all deadlines herein pending the *ex parte* reexamination of the sole asserted patent, U.S. Patent No. 8,549,339 (the "'339 Patent"), including Defendants' obligation to answer or otherwise respond to the Complaint. Plaintiff Redstone Logics, LLC ("Redstone") does not oppose this motion.

Redstone first sued Qualcomm in September 2024, asserting the '339 Patent against Qualcomm products, alleging infringement of products containing ARM Core and big.LITTLE architectures. *See Redstone Logics LLC v. Qualcomm Inc., et al.*, No. 7:24-cv-00231 (W.D. Tex.) (the "-231 Case"), Dkt. 1, at ¶ 9. On June 5, 2026, while the -231 Case was ongoing, Redstone filed this case accusing different Qualcomm products of infringement, specifically making allegations directed to the "Oryon architecture, including without limitation the Snapdragon X, X Elite, X Plus, 8 Elite for Galaxy, 8 Elite, X2 Elite Extreme, X2 Elite, X2 Plus, 8 Elite Gen5 and 8 Gen 5." *See* Dkt. 1 at ¶ 9.

1

On June 16, 2026, Judge Albright granted Qualcomm's request for a stay in the -231 Case. *See* -231 Case, at Dkt. 67. As a matter of judicial efficiency and for the reasons stated in Qualcomm's granted motion to stay (-231 Case, Dkt. 64),[1] this case should be stayed as well. In addition, Qualcomm respectfully requests that Qualcomm's answer or responsive pleading to the Complaint in this case be due 30 days after any lifting of the stay in this case.

---

[1] By moving to stay, Qualcomm does not waive any rights to contest the validity of this case on the grounds that it is improperly brought in light of the earlier-filed case, *Redstone Logics LLC v. Qualcomm Inc., et al.*, No. 7:24-cv-00231 (W.D. Tex.). Qualcomm reserves all rights to challenge this later-filed action on the grounds that it constitutes improper claim splitting or is barred by the doctrine of claim preclusion or any other grounds, given among other reasons, the products accused in this case were released prior to Redstone filing the -231 Case.

Date: June 25, 2026

Respectfully submitted,

By: _Richard S. Zembek_

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
Daniel S. Leventhal (SBN 24050923)
daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Brett A. McKean (SBN 24057994)
brett.mckean@nortonrosefulbright.com
Gabriel Culver (SBN 24057994)
gabriel.culver@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANTS QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF CONFERENCE

I certify that on June 19, 2026, the parties met and conferred via e-mail, and counsel for Redstone indicated it does not oppose this motion.

By: *Richard S. Zembek*
Richard S. Zembek

4

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: *Richard S. Zembek*
Richard S. Zembek