**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| REDSTONE LOGICS LLC,<br><br>     Plaintiff,<br><br>v.<br><br>QUALCOMM INC.; QUALCOMM<br>TECHNOLOGIES, INC.,<br><br>     Defendants. | Case No. 7:26-cv-00221 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY**

The Court has considered Defendants' Unopposed Motion to Stay and is of the opinion that the Motion should be **GRANTED**.  Accordingly, the Court hereby **GRANTS** Defendants' Unopposed Motion to Stay (Dkt. 11).

**IT IS FURTHER ORDERED** that Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. shall answer or otherwise respond to the Complaint in this case no later than 30 days after this stay is lifted.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2026.

i