**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **REDSTONE LOGICS LLC,**<br>  *Plaintiff,* | § § § § § § § § § § § § | |
| **v.** | | **MO:26-CV-00221-DC** |
| **QUALCOMM INC.,  QUALCOMM TECHNOLOGIES, INC.,**<br>  *Defendants.* | | |

## ORDER

BEFORE THE COURT is the Defendants' Unopposed Motion to Stay.[1] Having considered the motion, the Court finds that it should be **GRANTED**.

It is **ORDERED** that this case is **STAYED**.

It is **FURTHER ORDERED** that Defendants Qualcomm Incorporated and Qualcomm Technologies, Inc. shall answer or otherwise respond to the Complaint in this case no later than 30 days after this stay is lifted.

It is so **ORDERED**.

SIGNED this 30th day of June, 2026.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 11.